UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JASON CRUSE,

                Petitioner,                          Case No. 1:12CV479

v.                                                    Hon. Robert J. Jonker

JASON R. WAYNE,

                Respondent.

_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on Janueary 3, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed Janueary 3, 2014, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant's Motion for summary judgment (docket #22) is **GRANTED**. This action is **CLOSED.**

                                                             ROBERT J. JONKER
                                                             UNITED STATES DISTRICT JUDGE

DATED: February 25, 2014.